IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN F. PEREZ,

    Plaintiff,

v.                                                      4:17cv574–WS/CAS

JULIE L. JONES, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
THIRD REPORT AND RECOMMENDATION

Before the court is the magistrate judge's third report and recommendation (ECF No. 55) docketed May 1, 2019. The magistrate judge recommends that the plaintiff's fifth amended complaint be dismissed for failure to state a claim. The plaintiff has filed objections (ECF No. 61) to the report and recommendation.

Having reviewed the record, the undersigned finds that the magistrate judge's third report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's third report and recommendation (ECF No. 55) is

hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's fifth amended complaint (ECF No. 53) and this action are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this ___23rd___ day of ___May___, 2019.


          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE